UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JERRY WIZAR,

                              Petitioner,

        v.

STU SHERMAN, Warden,

                              Respondent.

Case No.  CV 15-03717-PSG (KES)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

        IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED:  _1/12/17_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE