JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WIZAR,<br><br>        Petitioner,<br><br>  v.<br><br>STU SHERMAN, Warden,<br><br>        Respondent. | Case No. CV 15-03717-PSG (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: __1/12/17_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE